THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-111-D2

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANGEL CASTREJON | ) | |

This Cause comes before the Court upon Defendant Angel Castrejon's motion to seal his

medical records, submitted as Exhibit B to his Memorandum in Support of his Motion for

Compassionate Release. For good cause shown in said motion, Defendant's motion is

GRANTED and Exhibit B is hereby sealed.

SO ORDERED, this the ⁣⁣⁣11 day of ⁣⁣⁣June ⁣⁣⁣ 2021.

JAMES C. DEVER III
United States District Judge