IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-111-D-2
No. 5:21-CV-493-D

| | |
|---|---|
| ANGEL CASTREJON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on the Government's unopposed motion to allow its witness, Larry Finstrom, to participate via video teleconference technology ("VTC") in the October 12, 2022 evidentiary hearing on Petitioner's claim that his counsel failed to file a notice of appeal after being requested to do so by Petitioner. [DE-620]. Mr. Finstrom, a resident of Texas, was retained by Petitioner to represent him in the underlying criminal case. [DE-97]. The Government moves to allow Mr. Finstrom to appear at the § 2255 hearing via VTC given the very brief and limited scope and expected duration of Mr. Finstrom's testimony, when compared with the costs and time required for Mr. Finstrom to travel roundtrip from Dallas, Texas to Wilmington, North Carolina, thus it would be in the interests of the efficient administration of justice and efficient use of court resources. [DE-620]. For good cause shown, the motion is allowed, and the United States shall be allowed to use the Court's VTC system during the October 12, 2022 hearing beginning at 9:30 a.m. to present the testimony of Mr. Finstrom. Court personnel will provide videoconferencing information to counsel for the Government, who shall arrange for the Mr. Finstrom's remote participation.

SO ORDERED, this the 4 day of October, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge