IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-111-D
No. 5:21-CV-493-D

ANGEL CASTREJON,                    )
                                    )
                Petitioner,         )
                                    )
        v.                          )           **ORDER**
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                Respondent.         )

On July 13, 2023, defendant moved for leave to file a motion for reconsideration [D.E. 658].

The court has considered the motion under the governing standard. See Fed. R. Civ. P. 59(e);

Cannon v. Peck, 36 F.4th 547, 577 (4th Cir. 2022); Aikens v. Ingram, 652 F.3d 496, 501 (4th Cir.

2011) (en banc); Zinkand v. Brown, 478 F.3d 634, 637 (4th Cir. 2007); Bogart v. Chapell, 396 F.3d

548, 555 (4th Cir. 2005); Dennis v. Columbia Colleton Med. Ctr., Inc., 290 F.3d 639, 653 (4th Cir.

2002); Pac. Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); Hughes v.

Bedsole, 48 F.3d 1376, 1382 (4th Cir. 1995). The court DENIES the motion as meritless.

SO ORDERED. This 14 day of October, 2023.

JAMES C. DEVER III
United States District Judge